Order issued January 4, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00015-CV

## IN RE ROGELIO A. MARTINEZ, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-50404-07**

# ORDER

Before Justices Moseley, Lang-Miers, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas corpus.

We **ORDER** that relator bear the costs of this original proceeding.

_____
ROBERT M. FILLMORE
JUSTICE